IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL TIMOTHY BOLAM,

Plaintiff,

v.

MEYER BROS. AUTO CO.,

Defendant.

Case No. 15-cv-710 JPG/SCW

# JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 8, 2016**          **JUSTINE FLANAGAN, Acting Clerk of Court**

                                   *s/Tina Gray*
                                   **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**